PATRICIA BARBOSA, Esq. (SBN 125865)  **JS-6**
JORDON METZ, Esq. (SBN 167355)
JEFF A HARRISON, Esq. (SBN 151227)
**BARBOSA, METZ, IKEDA & HARRISON, LLP**
17547 Ventura Blvd., Suite 310
Encino, CA 91316
Tel: (818) 386-1200
Fax: (818) 386-1212

Attorneys for Plaintiff, MARY CALLAHAN

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY CALLAHAN, | CASE NO. 8:08-CV-01407-DMG-(RNBX) |
| Plaintiff, | |
| v. | **JUDGMENT [138]** |
| PARAMOUNT PICTURES CORPORATION; PETESKI PRODUCTIONS, INC. dba the "DR. PHIL SHOW"; CBS CORPORATION; HOLLYWOOD FOREVER, INC.; and DOES 1 through 10, Inclusive, | **[Consent Decree Filed Concurrently]** |
| Defendants. | |

///
///
///
///
///

[PROPOSED] JUDGMENT
(Case No.: 8:08-CV-01407-DMG-(RNBX))                                                                              1

1  Thomas J. Leanse, Esq. (SBN 84638)
2  Helen M. Cho, Esq. (SBN 248290)
   **KATTEN MUCHIN ROSENMAN LLP**
3  2029 Century Park East, Suite 2600
4  Los Angeles, CA 90067-3012
   Tel: (310)788-4400
5  Fax: (310) 712-8412
6  Thomas.Leanse@kattenlaw.com
   Helen.Cho@kattenlaw.com
7
8  Attorneys for Defendant, PARAMOUNT PICTURES CORPORATION

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1  Pursuant to the parties' Stipulation, entitled "CONSENT DECREE AND [PROPOSED] ORDER FOR SETTLEMENT OF PLAINTIFF'S CLAIMS FOR INJUNCTIVE RELIEF AGAINST DEFENDANT PARAMOUNT PICTURES CORPORATION" [Doc. #138], and for good cause shown, the Consent Decree settling all claims for injunctive relief between Plaintiff MARY CALLAHAN and Defendant PARAMOUNT PICTURES CORPORATION, signed by Plaintiff, MARY CALLAHAN, and Defendant PARAMOUNT PICTURES CORPORATION, is approved.

**IT IS SO ORDERED, ADJUDGED AND DECREED.**

Dated:   October 27, 2010

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE